## BRADLEY GASCOIGNE, M.D.

August 11, 2026

To whom it may concern:

I am a medical doctor, trained in pediatrics, and currently licensed in the state of Ohio. I have practiced pediatric medicine for 43 years. Given that experience, I can recognize pediatric female anatomy.

I have been asked to review the image of a female toddler disclosed to the public on August 2, 2025 by Max Miller, Aaron Minc, and Minc LLC.

I am not charging for the review.

I can confirm that the child's photo depicts her external genitalia, that is, her labia.

Sincerely,

Bradley Gascoigne, M.D.

Bradley Gascoigne, M.D.

**EXHIBIT**

**1**