10:39 95

Miller Media Fol...
dropbox.com

Dropbox

Aaron Minc shared
**Miller Media Folder** with you.



# Get the best experience in the app

Open in app

Open in browser

EXHIBIT
5