**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| R.M., A MINOR CHILD THROUGH HER MOTHER, EMILY MORENO,         PLAINTIFF,         ) ) ) ) ) ) ) vs. ) ) MAX L. MILLER et al., ) ) ) )         DEFENDANTS. ) | CASE NO. 1:26-cv-01899 JUDGE CHRISTOPHER A. BOYKO ORDER OF RECUSAL |

I hereby recuse myself from proceedings in this case. This case is returned to the Clerk of Court for reassignment.

**IT IS SO ORDERED**.

Dated: August 13, 2026                *s/Christopher A. Boyko*
                                          **CHRISTOPHER A. BOYKO**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**