# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

R.M., a Minor Child Through Her Mother,
Emily Moreno

CIVIL CASE NO. 1:26-cv-01899

vs.

JUDGE David A. Ruiz

Max L. Miller, et al.

## PRAECIPE FOR ISSUANCE

- [x] ORIGINAL SUMMONS
- [ ] ALIAS SUMMONS
- [ ] THIRD PARTY SUMMONS
- [ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- [ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- [ ] WRIT OF EXECUTION
- [ ] OTHER (Please Specify) ______________________________

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: August 20, 2026

By: /s/ Subodh Chandra

Attorney for Plaintiff R.M.