**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aaron Minc
200 Park Ave Ste 200
Beachwood OH 44122-4289

9490 9111 0549 6847 1646 71

2. Article Number *(Transfer from service label)*
9402 7111 0549 6847 1646 34

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature *(☐ Addressee or ☐ Agent)*
X [signature]

B. Received By: *(Printed Name)* Anna Minc

C. Date of Delivery 8/26/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930) 1:26cv1899 Domestic Return Receipt

**USPS TRACKING #**

9490 9111 0549 6847 1646 71

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

**UNITED STATES
POSTAL SERVICE**

Form 3811 Facsimile, July 2015 (SDC 3930)

Clerk
US District Court, Northern Distric
801 West Superior Ave. Ste 100
Cleveland OH 44113-1830