USPS TRACKING #

9490 9111 0549 6847 7195 36

UNITED STATES
POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

Clerk
US District Court, Northern Distric
801 West Superior Ave. Ste 100
Cleveland OH 44113-1830

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Max L. Miller
435 Oakmoor Rd
Bay Village OH 44140-2522

9490 9111 0549 6847 7195 36

2. Article Number *(Transfer from service label)*
9402 7111 0549 6847 7195 82

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X [signature]

B. Received By: *(Printed Name)* Miller

C. Date of Delivery 8/27

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930) 26CV1899 Domestic Return Rece